# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Eugene Lewis Jr.  
       Angelina Hope Green-Lewis  
           Debtor(s)

CHAPTER 13

BKY. NO. 22-12978 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Michael Farrington*  
Michael Farrington  
22 Nov 2022, 13:29:21, EST

                   KML Law Group, P.C.  
                   701 Market Street, Suite 5000  
                   Philadelphia, PA 19106-1532  
                   (215) 627-1322