**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| | : | |
| Eugene Lewis, Jr. | : | **No.** 22-12978-MDC |
| **Debtor** | : | |

## STATEMENT PURSUANT TO SECTION 521 (A)(1)(iv)

Section 521 (A)(1)(iv) of the Bankruptcy Code requires copies of all payment advices or other evidence of payment received within 60 days by the Debtor from any employer; be filed with the Court.  The Debtor is either self-employed or has not had an employer within 60 days before the date of filing and therefore, does not have any documentation to file pursuant to Section 521 (A)(1)(iv).

Dated: 12/13/2022

/s/ David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Center
601 Walnut Street
Philadelphia, PA  19106
215-625-9600