IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Angelina Hope Green-Lewis | : | No.  22-12978-MDC |
| **Debtor** | : | |

**STATEMENT PURSUANT TO SECTION 521 (A)(1)(iv)**

Section 521 (A)(1)(iv) of the Bankruptcy Code requires copies of all payment advices or other evidence of payment received within 60 days by the Debtor from any employer; be filed with the Court.  The Debtor is either self-employed or has not had an employer within 60 days before the date of filing and therefore, does not have any documentation to file pursuant to Section 521 (A)(1)(iv).

Dated: 12/13/2022                                          /s/ David M. Offen
                                                                        Attorney for Debtor
                                                                        Suite 160 West, Curtis Center
                                                                        601 Walnut Street
                                                                        Philadelphia, PA  19106
                                                                        215-625-9600