# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-12978-MDC

      EUGENE LEWIS, JR.
      ANGELINA HOPE GREEN-LEWIS
      5621 MCMAHON STREET

      PHILADELPHIA, PA 19144-

         Debtor

## <u>CERTIFICATE OF SERVICE</u>

     **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

      EUGENE LEWIS, JR.
      ANGELINA HOPE GREEN-LEWIS
      5621 MCMAHON STREET

      PHILADELPHIA, PA 19144-

Counsel for debtor(s), by electronic notice only.

      DAVID OFFEN ESQUIRE
      601 WALNUT ST., SUITE 160 WEST

      PHILADELPHIA, PA 19106-

                        /S/ Kenneth E. West

Date: 2/28/2023
                        _____

                        Kenneth E. West, Esquire
                        Chapter 13 Standing Trustee