UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| EUGENE LEWIS, JR. and<br>ANGELINA HOPE GREEN-LEWIS,<br>        Debtors | : BANKRUPTCY NO. 22-12978-mdc<br>:<br>: CHAPTER 13<br>: |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>        Movant<br>vs.<br>EUGENE LEWIS, JR.,<br>ANGELINA HOPE GREEN-LEWIS and<br>KENNETH E. WEST, Trustee<br>        Respondents | : L.B.R. 9014-3<br>:<br>: HEARING:   **MARCH 14, 2023**<br>:             **AT 10:30 A.M.**<br>:             **Telephonic hearing** |

## **CERTIFICATION OF NO ANSWER**

I, Leon P. Haller of Purcell, Krug & Haller, do certify that no Answer has been filed by either Respondent to the Motion of Pennsylvania Housing Finance Agency for Relief From the Automatic Stay, heretofore filed in this proceeding on February 15, 2023 at Docket No. 17.

                                                                     PURCELL, KRUG & HALLER

                                                                       By: /s/ Leon P. Haller
                                                                       Leon P. Haller, Esquire
                                                                       1719 North Front Street
                                                                       Harrisburg, PA 17102-2392
                                                                       (717)234-4178
                                                                       Attorney for Movant
                                                                       Attorney ID #15700

Dated: March 6, 2023