IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Eugene Lewis, Jr. | : Case No. 22-12978-mdc |
| Angelina Hope Green-Lewis | |
|     Debtor(s) | |

### ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY TO PENNSYLVANIA HOUSING FINANCE AGENCY <u>AND CERTIFICATE OF SERVICE</u>

1.  The Debtor was is bed for one (1) month due to surgery and just called his counsel today.  He is able to make payments now.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

<u>/s/ David M. Offen</u>
David M. Offen Esq.
Attorney for Debtor

Dated:  March 6, 2023

A copy of this Answer is being served on LEON P. HALLER and the Chapter 13 Trustee.