UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

EUGENE LEWIS, JR. and
ANGELINA HOPE GREEN-LEWIS,
    Debtors

: BANKRUPTCY NO. 22-12978-mdc

: CHAPTER 13

: L.B.R. 9014-3

PENNSYLVANIA HOUSING FINANCE
AGENCY
    Movant

vs.

EUGENE LEWIS, JR.,
ANGELINA HOPE GREEN-LEWIS and
KENNETH E. WEST, Trustee
    Respondents

## ORDER APPROVING STIPULATION

AND NOW on this **20th** day of **April** 2023, upon presentation and consideration of the Stipulation entered into between the parties to provide Movant with adequate protection of its security interest in lieu of immediate relief from the automatic stay, IT IS HEREBY ORDERED that the Stipulation is approved by this Court and the Stipulation will be binding upon the parties effective immediately.

cc:    Leon P. Haller, Esquire
Via E-Mail: ECF/CM

Kenneth E. West, Esquire
Via E-Mail: ECF/CM

David M. Offen, Esquire
Via E-Mail: ECF/CM

Eugene Lewis, Jr.
Angelina Hope Green-Lewis
5621 McMahon Street
Philadelphia, PA 19144

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

United States Trustee
Via: E-Mail: ECF/CM

1