United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                Case No. 22-12978-mdc

Eugene Lewis, Jr.                                                     Chapter 13

Angelina Hope Green-Lewis

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                 User: admin                                  Page 1 of 3

Date Rcvd: Aug 17, 2023                       Form ID: 155                            Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol**           **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eugene Lewis, Jr., Angelina Hope Green-Lewis, 5621 McMahon Street, Philadelphia, PA 19144-1350 |
| 14733827 | + | Leon P. Haller, Esquire, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14737560 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Michel Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14740567 | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., 1719 North Front Street, Harrisburg PA 17102-2305 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14733823 | + | Email/Text: g20956@att.com | Aug 17 2023 23:37:00 | AT&T Mobility II LLC, AT&T Services Inc., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, Bedminster, NJ 07921-2693 |
| 14733844 | | Email/Text: megan.harper@phila.gov | Aug 17 2023 23:37:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14733824 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 17 2023 23:42:04 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14733825 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Aug 17 2023 23:37:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 14733826 | ^ | MEBN | Aug 17 2023 23:28:25 | Green Dot Bank, Attn: Bankruptcy, Po Box 5100, Pasadena, CA 91117-0100 |
| 14733828 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2023 23:42:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733829 | + | Email/Text: bankruptcy@sccompanies.com | Aug 17 2023 23:37:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14733830 | + | Email/Text: bankruptcy@sccompanies.com | Aug 17 2023 23:37:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14733831 | + | Email/Text: bankruptcy@sccompanies.com | Aug 17 2023 23:37:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14733832 | + | Email/Text: bankruptcy@sccompanies.com | Aug 17 2023 23:37:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14733833 | | Email/Text: bankruptcygroup@peco-energy.com | Aug 17 2023 23:37:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14747404 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 17 2023 23:37:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14733834 | | Email/Text: blegal@phfa.org | | |

| Recip ID | Bypass | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 17 2023 23:37:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14733835 | + | Email/Text: blegal@phfa.org | Aug 17 2023 23:37:00 | PHFA, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14733836 | + | Email/Text: blegal@phfa.org | Aug 17 2023 23:37:00 | PHFA, 211 North Front Street, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14740259 | + | Email/Text: blegal@phfa.org | Aug 17 2023 23:37:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14733837 | ^ | MEBN | Aug 17 2023 23:28:27 | Philadelphia Gas Works, Attn: Bankruptcy Dept 3rd Floor, 800 W Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14733838 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2023 23:42:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733840 | | Email/Text: bnc-quantum@quantum3group.com | Aug 17 2023 23:37:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14733839 | | Email/Text: bnc-quantum@quantum3group.com | Aug 17 2023 23:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14733841 | | Email/Text: bnc-quantum@quantum3group.com | Aug 17 2023 23:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14738440 | | Email/Text: bnc-quantum@quantum3group.com | Aug 17 2023 23:37:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14733842 | + | Email/Text: bankruptcy@sccompanies.com | Aug 17 2023 23:37:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14733843 | + | Email/Text: bankruptcy@sccompanies.com | Aug 17 2023 23:37:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14735577 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 17 2023 23:42:03 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14775734 | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2023     Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 17, 2023 | Form ID: 155 | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:**

**Name**      **Email Address**

DAVID M. OFFEN
     on behalf of Debtor Eugene Lewis Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
     on behalf of Joint Debtor Angelina Hope Green-Lewis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
     on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Eugene Lewis, Jr. and Angelina Hope Green−Lewis

    Debtor(s)

Chapter: 13

Bankruptcy No: 22−12978−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this August 17, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

45 − 37
Form 155