IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Eugene Lewis, Jr. and<br>Angelina Hope Green-Lewis | : | NO.  Eugene Lewis, Jr. and<br>Angelina Hope Green-Lewis |

### OBJECTION TO CERTIFICATE OF DEFAULT AND CERTIFICATE OF SERVICE

Debtors, by their counsel, object to the certificate of default and requests the Court not enter a relief order and to please hold a hearing due to the following:

Debtor, Eugene Lewis, Jr., was hospitalized for a number of days and asks for several additional weeks to get fully caught up.

/s/David M. Offen
David M. Offen
Attorney for Debtors
601 Walnut Street, Suite 160
Philadelphia, Pa. 19106
215-625-9600
info@offenlaw.com

A copy of this Objection is being served on LEON P. HALLER, Esquire and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen
Attorney for Debtor