*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Eugene Lewis, Jr. and
Angelina Hope Green–Lewis
      Debtor(s)

Case No: 22–12978–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to Certification of Default

on: 11/21/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/20/23

Timothy B. McGrath
Clerk of Court

50 – 48, 49
Form 167