United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-12978-mdc
--- | ---
Eugene Lewis, Jr. | Chapter 13
Angelina Hope Green-Lewis |
    Debtors |

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
--- | --- | ---
Date Rcvd: Oct 20, 2023 | Form ID: 167 | Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Eugene Lewis, Jr., Angelina Hope Green-Lewis, 5621 McMahon Street, Philadelphia, PA 19144-1350 |
| 14733827 | + | Leon P. Haller, Esquire, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14737560 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Michel Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14740567 | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., 1719 North Front Street, Harrisburg PA 17102-2305 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14733823 | + | Email/Text: g20956@att.com | Oct 21 2023 00:49:00 | AT&T Mobility II LLC, AT&T Services Inc., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, Bedminster, NJ 07921-2693 |
| 14733844 | | Email/Text: megan.harper@phila.gov | Oct 21 2023 00:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14733824 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 21 2023 00:54:15 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14733825 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Oct 21 2023 00:47:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 14733826 | ^ | MEBN | Oct 21 2023 00:39:24 | Green Dot Bank, Attn: Bankruptcy, Po Box 5100, Pasadena, CA 91117-0100 |
| 14733828 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2023 00:54:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733829 | + | Email/Text: bankruptcy@sccompanies.com | Oct 21 2023 00:47:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14733830 | + | Email/Text: bankruptcy@sccompanies.com | Oct 21 2023 00:47:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14733831 | + | Email/Text: bankruptcy@sccompanies.com | Oct 21 2023 00:49:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14733832 | + | Email/Text: bankruptcy@sccompanies.com | Oct 21 2023 00:49:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14733833 | | Email/Text: bankruptcygroup@peco-energy.com | Oct 21 2023 00:48:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14747404 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 21 2023 00:48:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14733834 | | Email/Text: blegal@phfa.org | | |

| Recip ID | | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14733835 | + | Email/Text: blegal@phfa.org | Oct 21 2023 00:48:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14733836 | + | Email/Text: blegal@phfa.org | Oct 21 2023 00:48:00 | PHFA, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14740259 | + | Email/Text: blegal@phfa.org | Oct 21 2023 00:48:00 | PHFA, 211 North Front Street, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14733837 | ^ | MEBN | Oct 21 2023 00:48:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14733838 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2023 00:39:02 | Philadelphia Gas Works, Attn: Bankruptcy Dept 3rd Floor, 800 W Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14733840 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2023 01:06:15 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733839 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2023 00:48:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14733841 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2023 00:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14738440 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2023 00:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14733842 | + | Email/Text: bankruptcy@sccompanies.com | Oct 21 2023 00:48:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14733843 | + | Email/Text: bankruptcy@sccompanies.com | Oct 21 2023 00:49:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14735577 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 21 2023 00:49:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| | | | Oct 21 2023 00:54:03 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14775734 | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Eugene Lewis Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Angelina Hope Green-Lewis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Eugene Lewis, Jr. and
Angelina Hope Green−Lewis
    Debtor(s)

Case No: 22−12978−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to Certification of Default

on: 11/21/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/20/23

Timothy B. McGrath
Clerk of Court

50 − 48, 49
Form 167