# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-12978-MDC

EUGENE LEWIS, JR.
ANGELINA HOPE GREEN-LEWIS
5621 MCMAHON STREET

PHILADELPHIA, PA 19144-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EUGENE LEWIS, JR.
    ANGELINA HOPE GREEN-LEWIS
    5621 MCMAHON STREET

    PHILADELPHIA, PA 19144-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 10/31/2023

                                                          /S/ Kenneth E. West
                                                          _____
                                                          Kenneth E. West, Esquire
                                                          Chapter 13 Standing Trustee