**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:                                         Chapter 13
EUGENE LEWIS, JR.
ANGELINA HOPE GREEN-LEWIS


            Debtor               **Bankruptcy No.** 22-12978-MDC


# O R D E R


   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

   **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.


   Date 12/7/2023

                               _____
                               Chief Honorable Magdeline D. Coleman
                               Bankruptcy Judge