United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12978-mdc

Eugene Lewis, Jr.     Chapter 13

Angelina Hope Green-Lewis

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Dec 08, 2023     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eugene Lewis, Jr., Angelina Hope Green-Lewis, 5621 McMahon Street, Philadelphia, PA 19144-1350 |
| 14733827 | + | Leon P. Haller, Esquire, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14737560 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Michel Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14740567 | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., 1719 North Front Street, Harrisburg PA 17102-2305 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 09 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2023 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14733823 | + | Email/Text: g20956@att.com | Dec 09 2023 00:15:00 | AT&T Mobility II LLC, AT&T Services Inc., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, Bedminster, NJ 07921-2693 |
| 14733844 | | Email/Text: megan.harper@phila.gov | Dec 09 2023 00:15:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14733824 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 09 2023 00:19:51 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14733825 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Dec 09 2023 00:14:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 14733826 | ^ | MEBN | Dec 09 2023 00:10:57 | Green Dot Bank, Attn: Bankruptcy, Po Box 5100, Pasadena, CA 91117-0100 |
| 14733828 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2023 00:19:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733829 | + | Email/Text: bankruptcy@sccompanies.com | Dec 09 2023 00:14:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14733830 | + | Email/Text: bankruptcy@sccompanies.com | Dec 09 2023 00:14:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14733831 | + | Email/Text: bankruptcy@sccompanies.com | Dec 09 2023 00:15:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14733832 | + | Email/Text: bankruptcy@sccompanies.com | Dec 09 2023 00:15:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

Case 22-12978-mdc    Doc 58    Filed 12/10/23    Entered 12/11/23 00:29:10    Desc Imaged
                                Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 14733833 | | Email/Text: bankruptcygroup@peco-energy.com | Dec 09 2023 00:14:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14747404 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 09 2023 00:14:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14733834 | | Email/Text: blegal@phfa.org | Dec 09 2023 00:14:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14733835 | + | Email/Text: blegal@phfa.org | Dec 09 2023 00:14:00 | PHFA, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14733836 | + | Email/Text: blegal@phfa.org | Dec 09 2023 00:14:00 | PHFA, 211 North Front Street, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14740259 | + | Email/Text: blegal@phfa.org | Dec 09 2023 00:14:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14733837 | ^ | MEBN | Dec 09 2023 00:11:07 | Philadelphia Gas Works, Attn: Bankruptcy Dept 3rd Floor, 800 W Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14733838 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2023 00:30:05 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733840 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2023 00:14:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14733839 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2023 00:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14733841 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2023 00:14:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14738440 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2023 00:14:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14733842 | + | Email/Text: bankruptcy@sccompanies.com | Dec 09 2023 00:15:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14733843 | + | Email/Text: bankruptcy@sccompanies.com | Dec 09 2023 00:15:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14735577 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 09 2023 00:19:21 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14775734 | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: pdf900 | Total Noticed: 31 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:**

**Name**  **Email Address**

DAVID M. OFFEN
 on behalf of Debtor Eugene Lewis Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
 on behalf of Joint Debtor Angelina Hope Green-Lewis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
 ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
 on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL PATRICK FARRINGTON
 on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> EUGENE LEWIS, JR. <br> ANGELINA HOPE GREEN-LEWIS | Chapter 13 |
| Debtor | Bankruptcy No. 22-12978-MDC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date 12/7/2023

_____
Chief Honorable Magdeline D. Coleman
Bankruptcy Judge